**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ROBERT INGRUM,** | ) | |
| | ) | **No. 06-566L** |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | **Hon. Mary Ellen Coster Williams** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME IN WHICH TO RESPOND TO AMENDED COMPLAINT**

Defendant UNITED STATES hereby moves pursuant to RCFC 6(b) for an enlargement of time of sixty (60) days from the current deadline, to and including Friday, December 1, 2006, in which to respond to Plaintiff's Complaint. A response to the Complaint currently is due on Monday, October 2, 2006. This is Defendant's first request for an extension of time.

This enlargement of time is necessary to permit counsel for defendant additional time to investigate and fully consider the allegations raised in Plaintiff's Complaint to formulate an appropriate response, and to coordinate that response with counsel for the involved department of the federal government.

Counsel for Plaintiff has authorized counsel for Defendant to represent that Plaintiffs do not object to this motion for an enlargement of time.

Accordingly, Defendant respectfully moves for an enlargement of time of sixty (60) days from the current deadline, to and including Friday, December 1, 2006, in which to respond to

Plaintiff's Complaint.

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Environment & Natural Resources Division
Assistant Attorney General

s/ Bruce K. Trauben

Bruce K. Trauben
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0238 (phone)
(202) 305-0267 (fax)

Dated: September 11, 2006