**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ROBERT INGRUM** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| | § | |
| | § | |
| | § | **No. 06-566L** |
| **v.** | § | |
| | § | **Hon. Mary Ellen Coster Williams** |
| **THE UNITED STATES OF AMERICA** | § | |
| | § | |
| ***Defendant.*** | § | |

**UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE**

COMES NOW, Robert Ingrum, Plaintiff, and files this Unopposed Motion to Dismiss Without Prejudice and, in support hereof, would show the Court as follows:

1. The complaint was filed in this Court on August 2, 2006, and served on Defendant;
2. On August 1, 2006, however, an action alleging a taking arising from the same facts was filed in the U.S. District Court for the Western District of Texas, but was not served on Defendant. The District Court action was dismissed on December 14, 2006;
3. The Defendant has entered its appearance in this case and, on December 1, 2006, filed a motion to dismiss for its response to the complaint;
4. Subsequently, the parties identified a potential jurisdictional issue arising under 28 U.S.C. § 1500, and counsel for the parties have determined that it is in the best interest of justice that this cause be dismissed without prejudice and re-filed to nullify any jurisdictional issue that may arise under 28 U.S.C. § 1500;

5. Plaintiff, therefore, is filing this unopposed motion pursuant to RCFC Rule 41(a)(2); and

6. Counsel for both parties specifically stipulate that the Defendant reserves all defenses, including, without limitation, the defense based upon the statute of limitations.

WHEREFORE, Plaintiff requests that the Court enter an order dismissing this action, without prejudice to re-filing.

Respectfully submitted,

MINTON, BURTON, FOSTER & COLLINS
A Professional Corporation
1100 Guadalupe Street
Austin, Texas 78701
Telephone: (512) 476-4873
Facsimile: (512) 479-8315

By: John C. Carsey /s/
John C. Carsey

ATTORNEYS FOR PLAINTIFF
ROBERT INGRUM