# In the United States Court of Federal Claims

**No. 06-566L**
**(Filed December 19, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**ROBERT INGRUM,** *
**Plaintiff,** *
**v.** *
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER OF DISMISSAL**

---

On December 18, 2006, in accordance with the Rules of the Court of Federal Claims (RCFC) 41(a)(ii), the Plaintiff filed an unopposed motion to dismiss this case without prejudice. Good cause having been shown, this motion is **GRANTED**. The Clerk is directed to dismiss this case, without prejudice.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**