# In the United States Court of Federal Claims

**No. 06-566 L**

**ROBERT INGRUM,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order of Dismissal, filed December 19, 2006,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, without prejudice.

Brian Bishop
Clerk of Court

**December 19, 2006** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.